```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00235-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: July 21, 2020 |
| | Deputy Clerk: C. Schultz |
| RODERICK DARNELL HARRIS, | Court Reporter: Kacy Barajas |
| Defendant. | |

**Counsel for the Government:** Justin Lee, Assistant U.S. Attorney
Morgan Mitruka, Law Clerk Observing
Virginia Waldrop, Paralegal

**Counsel for Defendant:** Christina Sinha, Assistant Federal Defender
Suresh Lal, Paralegal
Mark Lie, IT Support

**EVIDENTIARY HEARING:**

9:10 a.m.   All parties present via *Zoom* videoconferencing application, including Defendant Roderick Darnell Harris (in custody). Due to technical difficulties related to Mr. Lee's connection, the court took a short recess.

9:15 a.m.   Court in recess.

9:20 a.m.   Court back in session. All parties present. The court and counsel discussed preliminary matters. The parties presented a brief summation of what the evidence will show. Although the government would normally present its witnesses first, for various logistical reasons, the parties have agreed to allow the Defendant's witnesses to go first.

9:30 a.m.   Defense witness, Amber Nothstein, sworn and testified on direct.

9:40 a.m.     Cross examination began.

10:10 a.m.    Witness excused. The court excused all parties for a morning break.

10:25 a.m.    Court back in session.  All parties present. Defense witness, Jamie Franklin, sworn and testified on direct.

10:40 a.m.    Cross examination began.

11:00 a.m.    Witness excused. Defendant, Roderick Harris, sworn and testified on direct.

11:15 a.m.    Cross examination began.

11:35 a.m.    Defendant excused as a witness. The court and counsel discussed logistics. All parties excused for another morning break.

11:50 a.m.    Court back in session.  All parties present. Government's witness, Zachary Tuss, sworn and testified on direct.

12:50 p.m.    Direct testimony concluded.  The court and counsel discussed issues related to the witness's testimony.

12:55 p.m.    The court excused all parties for an afternoon break.

1:30 p.m.     Court back in session.  All parties present. The court and counsel discussed exhibits.

1:40 p.m.     Cross examination of the Government's witness, Zachary Tuss, began.

1:55 p.m.     Redirect examination began.

2:00 p.m.     Witness excused. Ms. Sinha presented the Defendant's closing arguments.

2:10 p.m.     Mr. Lee presented the Government's closing arguments.

2:15 p.m.     Ms. Sinha presented the Defendant's rebuttal closing arguments.

2:20 p.m.     The court order the matter submitted and set a Status Conference for August 10, 2020 at 9:00 AM.  The court advised the parties that it intends to issue a written order; however, if a written order has not issued before the next status conference, the court will be prepared to issue a bench order at the hearing.

2:30 p.m.    Court adjourned.

**TIME IN COURT:** 4 Hours, 10 Minutes

**ADMITTED EXHIBITS:**

Government's Exhibits 1, and 4 through 46

Defendant's Exhibits 1 through 5, and 7