UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RODERICK DARNELL HARRIS,<br><br>        Defendant. | No. 2:19CR00235-01<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHALS SERVICE

This is to authorize and direct you to release RODERICK DARNELL HARRIS;

Case No. 2:19CR00235-01, from custody for the following reasons:

    \_\_Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 150,000

                    X\_\_ Unsecured Appearance Bond ($100,000 by Jamie Renee Franklin and $50,000 by Sharron Ann Sevier)

                    \_\_ Appearance Bond with 10% Deposit

                    \_\_ Appearance Bond with Surety

                    \_\_ Corporate Surety Bail Bond

    _X_ (Other): The defendant shall be released on Tues., 5/18/2021 at 10:00 AM to Jamie Franklin for transportation to the Roots Community Health Center ("Roots"), 9925 International Blvd., Oakland, CA 95603.

Issued at Sacramento, California on May 17, 2021, at 10:04 p.m.

 

*[signature]*

CHIEF UNITED STATES DISTRICT JUDGE