IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Roderick Harris<br><br>Defendant. | Case №: 2:19-cr-00235-KJM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named defendant has separately requested co-counsel be appointed. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Candace Fields is appointed to represent the above defendant in this case effective *nunc pro tunc* to August 31, 2021.

This appointment shall remain in effect until further order of this court.

DATED: 9/1/2021

_____
CHIEF UNITED STATES DISTRICT JUDGE