PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-00235-KJM |
|---|---|
| Plaintiff, | UNITED STATES'S MOTION TO DISMISS |
| v. | DATE: September 19, 2022 |
| RODERICK DARNELL HARRIS, | TIME:  9:00 a.m. |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

## **MOTION TO DISMISS**

On August 23, 2022, the Court entered an order suppressing the evidence of the defendant's possession of a firearm.  Without such evidence, there is insufficient evidence to establish the defendant's guilt beyond a reasonable doubt.  Accordingly, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States moves to dismiss the Indictment against defendant Roderick Darnell Harris.

 Dated:  September 8, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney