**FILED**

September 8, 2022

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODERICK DARNELL HARRIS

Defendant.

Case No.  2:19-cr-00235-KJM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RODERICK DARNELL HARRIS

Case No.  2:19-cr-00235-KJM  Charges 18 USC § 922(g)(1) from custody for the

following reasons:

    X     Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): Click here to enter text.

Issued at Sacramento, California on September 8, 2022 at 2:00 PM

DATED:  September 8, 2022.

*Allison Claire*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE